IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------
IN RE:                                       :
                                             :   Mag. No. 24-MJ-1291-01 through 09
SEARCH WARRANTS                              :
                                             :
---------------------------------------------

# **O R D E R**

And now, this      day of August, 2024, it is ORDERED that the within Search Warrants on Written Affidavit, Affidavit for Search Warrants, search warrant returns and related papers are hereby UNSEALED.

BY THE COURT:

_____

SCOTT W. REID
*United States Magistrate Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------
          IN RE:                    :
                                    :    Mag. No. 24-MJ-1291-01 through 09
                                    :
          SEARCH WARRANTS           :
                                    :
-----------------------------------------------
```

## MOTION TO UNSEAL SEARCH PAPERS

The United States of America, by and through its attorneys, Jacqueline C. Romero, United States Attorney, Eastern District of Pennsylvania, and Mary E. Crawley, Assistant United States Attorney, respectfully submits this motion to unseal the Search Warrants on Written Affidavit, Affidavit for Search Warrants, search warrant return and related papers. (These papers will be referred to as "the search papers").

In support of this motion, the United States avers that:

1. The search papers relate to an investigation into bank fraud, money laundering, wire fraud and fraud against the United States, conducted by federal agencies including the United States Department of Transportation, Office of Inspector General (DOT-OIG).

2. An indictment has now been filed charging defendant Serj Gevorgyan with bank fraud and money laundering, under Criminal No. 24-275-JGP. In providing discovery in this case, the United States will need to turn over the search papers.

Accordingly, the United States respectfully moves the Court to unseal the search papers in this matter.

Respectfully,

JACQUELINE C. ROMERO
United States Attorney

 /s/Mary E. Crawley
MARY E. CRAWLEY
Assistant United States Attorney

DATED: August 29, 2024